TOWN OF TONAWANDA, Respondent, *v.* STAPELL, MUMM & BEALS CORPORATION et al., Appellants, Impleaded with Another.

(Argued October 17, 1934; decided November 20, 1934.)

*Stanley G. Falk* and *Rhoda V. Lewis* for Stapell, Mumm & Beals Corporation et al., appellants.

*Wallace H. Miller* for Frank Pandolfi, appellant.

*O. Clyde Joslin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: LEHMAN, J.